

# Fourth Court of Appeals
## San Antonio, Texas

June 14, 2019

No. 04-18-00252-CR

Benjamin **ESCOBEDO**,
Appellant

v.

The **STATE** of Texas,
Appellee

From the 227th Judicial District Court, Bexar County, Texas
Trial Court No. 2016CR4634
Honorable Kevin M. O'Connell, Judge Presiding

# O R D E R

On June 7, 2019, appellant filed a "Motion to Amend the Judgment" entered by this court on December 27, 2018. The motion is DENIED.

_Sandee Bryan Marion_
Sandee Bryan Marion, Chief Justice

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 14th day of June, 2019.

_Keith E. Hottle_
KEITH E. HOTTLE,
Clerk of Court